IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
SEALED
2022 JUL 19 PM 4:03
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MASON McDONALD,<br><br>  Defendant. | 8:22CR170<br><br>INDICTMENT<br>18 U.S.C. § 2244(a)(5)<br>18 U.S.C. § 1153 |

The Grand Jury charges that

## COUNT I

Between on or about January 1, 2022 and February 28, 2022, in the District of Nebraska, within the boundaries of the Winnebago Indian Reservation in Indian Country, the defendant, MASON McDONALD, an Indian male, did knowingly engage in sexual contact and cause sexual contact with a minor Indian female, known to the Grand Jury, who had not attained the age of twelve (12) years, in that the defendant, MASON McDONALD, intentionally touched either directly or through the clothing, the genitalia, anus, groin, breast, inner thigh, or buttocks of the minor female.

In violation of Title 18, United States Code, Section 2244(a)(5) and 1153.

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT, NE# 24562
Assistant United States Attorney